IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.

PHILLIP GOLIGHTLY

_____/

SEALED
INDICTMENT

4:20cr32-MW

**THE GRAND JURY CHARGES:**

## COUNT ONE

On or about November 10, 2019, in the Northern District of Florida, the defendant,

**PHILLIP GOLIGHTLY,**

while in a Federal prison, namely, the Federal Correctional Institution in Tallahassee, did knowingly engage in a sexual act with K.D., who was in official detention and under the custodial, supervisory, and disciplinary authority of **PHILLIP GOLIGHTLY**, a correctional officer.

In violation of Title 18, United States Code, Section 2243(b).

## COUNT TWO

On or about November 17, 2019, in the Northern District of Florida, the defendant,

**PHILLIP GOLIGHTLY,**

while in a Federal prison, namely, the Federal Correctional Institution in Tallahassee, did knowingly engage in a sexual act with K.D., who was in official detention and under the custodial, supervisory, and disciplinary authority of **PHILLIP GOLIGHTLY**, a correctional officer.

In violation of Title 18, United States Code, Section 2243(b).

A TRUE BILL:

Deputy FOREPERSON

7/7/2020
DATE

LAWRENCE KEEFE
United States Attorney

LAZARO P. FIELDS
Assistant United States Attorney