# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

CASE No: 4:20cr32-MW

v.

PHILLIP GOLIGHTLY

_____/

## STATEMENT OF FACTS FOR GUILTY PLEA

In support of the Plea Agreement in this case, the United States provides the following factual basis for the acceptance of Defendant PHILLIP GOLIGHTLY's (the "Defendant") plea of guilty. This Statement of Facts does not contain each and every fact relating to the commission of the offenses charged in the Indictment in the above-captioned case, but is a recitation of those facts necessary to provide a factual basis for the Defendant's plea. Were this case to proceed to trial, the Government is prepared to present evidence as follows:

On November 10, 2019, the Defendant, a correctional officer and Food Service Foreman employed by the Bureau of Prisons ("BOP"), told K.D., a female inmate in official detention at Federal Correctional Institution ("FCI") Tallahassee, a federal prison, that she needed to go to the Food Service Warehouse with him to get cups. Because K.D. was assigned to work in the officers' dining room, she was under the custodial, supervisory, and disciplinary authority of the Defendant, and was obligated to comply with the Defendant's requests and orders. Once in the

1

warehouse, the Defendant took K.D. to a dark area where he began to kiss her. K.D. attempted to push herself away from the Defendant, but the Defendant pushed her onto a chair. The Defendant then pulled K.D.'s pants and underwear off and performed oral sex on her by placing his mouth on K.D.'s vulva. Again, K.D. attempted to push the Defendant away, but she fell off the chair and onto the floor when the Defendant grabbed her by the back of her head and forced her to perform oral sex on him by placing his penis in her mouth. The Defendant forced K.D. to perform oral sex on him until he ejaculated in her mouth, after which she spit the Defendant's semen into saran wrap and wiped some of the semen onto the sweatpants she was wearing.

On November 17, 2019, K.D. was sitting in a chair in the officers' dining room when the Defendant approached her, slid his hands into her pants and inserted his fingers in her vagina and anus. K.D. attempted to push the Defendant away when the Defendant began pinching her on her inner legs and thighs. As a result, K.D.'s legs and thighs became bruised, which was subsequently memorialized in photographs by FCI Tallahassee staff. After pinching her legs and thighs, the Defendant unzipped his pants, exposed his penis and forced her to stroke his penis until he ejaculated. K.D. wiped semen off the Defendant's penis onto a napkin, which K.D. then placed in her bra. On November 19, 2019, K.D. filed a sexual assault complaint with FCI Tallahassee staff against the Defendant and provided

three items: (1) a bag containing semen; (2) a white bra containing semen; and (3) a pair of grey sweatpants containing semen.

On December 2, 2019, a search warrant for the Defendant's deoxyribonucleic acid ("DNA") profile was obtained from a United States magistrate judge. On December 3, 2019, a special agent with the Department of Justice, Office of the Inspector General, obtained a buccal swab sample from the Defendant by swabbing the inside of his cheek. Subsequently, the semen, bra, and sweatpants provided by K.D. were forensically analyzed by a qualified analyst at the Florida Department of Law Enforcement and compared to the Defendant's DNA profile, which yielded the following results:

- Semen was identified in the saran wrap from the November 10, 2019, assault. The semen in the saran wrap matched the Defendant's DNA profile and is greater than 700 billion times more likely to occur if the sample originated from the Defendant than from an unrelated individual. K.D. was excluded as the source of the DNA on the semen.
- No semen was identified on the sweatpants from the November 10, 2019, assault.
- Semen was identified on the bra from the November 17, 2019, assault. The semen on the bra consists of the presence of two donors, including at least one male contributor. K.D. is expected to be a donor to this

item. The semen on the bra matched the Defendant's DNA profile and is greater than 700 billion times more likely to occur if the sample originated from the Defendant than from an unrelated individual.

At all times relevant to the Indictment, including on November 10, 2019, and November 17, 2019, K.D. was in official detention and under the Defendant's custodial, supervisory, and disciplinary authority.

## **NOTICE OF ELEMENTS**

### **Counts One and Two: Sexual Abuse of a Ward (18 U.S.C. § 2243(b))**

*First*: The Defendant knowingly engaged in a sexual act with K.D.;

*Second*: At the time, K.D. was in official detention and under the custodial, supervisory, or disciplinary authority of the Defendant; and

*Third*: The acts occurred in a Federal prison.

|  | LAWRENCE KEEFE |
|---|---|
|  | United States Attorney |

_____  _____
ERIC ABRAHAMSEN                   LAZARO P. FIELDS
Attorney for Defendant            Assistant United States Attorney
                                  Florida Bar No. 1004725
                                  111 N. Adams Street, 4th Floor
                                  Tallahassee, Florida 32301
10/16/20                          (850) 942-8430
Date                              lazaro.fields@usdoj.gov

                                  10/16/20
                                  Date

### Defendant's Acknowledgment

I have read the above Statement of Facts and agree that the Government can present evidence as set out above. I understand that I may present the Court with my own version of the facts and may dispute particular allegations against me.

_____
PHILLIP GOLIGHTLY
Defendant

10/16/20
Date